UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

GARRETT MJ TALIF SOREZO,

          Plaintiff,                       Case No. 1:22-cv-1215

v.                                               Honorable Ray Kent

LUCIAN GRAINGE et al.,

          Defendants.
_____/

**ORDER OF TRANSFER**

      This is a civil rights action brought by a county jail detainee under 42 U.S.C. § 1983. Plaintiff presently is incarcerated at the Isabella County Jail in Mt. Pleasant, Isabella County, Michigan. Plaintiff sues Lucian Grainge, CEO of Universal Music, Ken Yoshida, CEO of Sony, and Yolanda Lopez, Director of Broadcasting for Voices of America Broadcasting, under both state and federal law. (Compl., ECF No. 1, PageID.2, 3.) Plaintiff contends that the events giving rise to Plaintiff's action "occurred while in jail [in Isabella County]" (*Id.*, PageID.3.)

      Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Liberally construed, the events underlying Plaintiff's *pro se* complaint occurred in Isabella County. Isabella County is within the geographical boundaries of the Eastern District of Michigan. *Id.* § 102(a). In these circumstances, venue is proper only in the Eastern District. Therefore:

      **IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not**

2

decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).

Dated:   January 5, 2023            /s/ Ray Kent
                                                                                        Ray Kent
                                                                                        United States Magistrate Judge